IRVING L. HEATH, Appellant, *v*. STATE OF NEW YORK, Respondent.

Argued October 9, 1951; decided October 19, 1951.

*Willard E. Pierce, Jr.*, for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.